FILED

09/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0180

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0180

| | |
|---|---|
| CARA FENNESSY,<br><br>    PLAINTIFF<br><br>  v.<br><br>MARK KNIGHT and LAURA KNIGHT,<br><br>    DEFENDANTS.<br><br>MARK KNIGHT and LAURA KNIGHT,<br><br>    Third Party Plaintiffs,<br><br>  v.<br><br>HSBC BANK USA, National Association as Trustee for Duetsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates series 2007-AR3, and SPECIALIZED LOAN SERVICING, LLC,<br><br>    Third Party Defendants. | **ORDER GRANTING EXTENSION OF TIME** |

Upon motion of counsel, the Defendants/Third Party

Plaintiffs/Appellant is granted until and including September 28th,

2020 to file their Reply Brief in this matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 15 2020